LOUIS NEUBURGER and Others, Respondents, v. A. D. B. CONSTRUCTION CO.,

INC., and Another, Appellants.— Motion to dismiss appeal denied without prejudice to a renewal of the motion if appellants unreasonably delay the perfecting of appeal. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.